UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2019 JAN 24 P 1:02
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| DAVID TUTTLE, PLAINTIFF ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | 3:17-CV-02099 (JAM) |
| SCOTT SEMPLE, ET AL., ) | |
| DEFENDANTS ) | |

## MOTION TO WITHDRAW PLAINTIFF'S OBJECTION AND MOTION TO WITHDRAW GENERAL RELEASE AND SETTLEMENT AGREEMENT

THE PLAINTIFF RESPECTFULLY SUBMITS THIS MOTION TO WITHDRAW PLAINTIFF'S OBJECTION AND MOTION TO WITHDRAW GENERAL RELEASE AND SETTLEMENT AGREEMENT.

ON JANUARY 15, 2019, THE PLAINTIFF FILED TO THIS COURT HIS OBJECTION AND MOTION TO WITHDRAW GENERAL RELEASE AND SETTLEMENT AGREEMENT WITH DECLARATION AND EXHIBITS IN SUPPORT WHICH WAS BECAUSE THE DEFENDANTS REPRESENTING ATTORNEY TO NOT RESPOND TO THE SETTLEMENT AGREEMENT WITHIN THE 30 DAYS THAT WAS STATED IN THE AGREEMENT.

ON JANUARY 16, 2019, THE PLAINTIFF RECEIVED THE RESPONSE FROM THE DEFENDANTS REPRESENTING ATTORNEY AND THEREFORE, THE SETTLEMENT AGREEMENT HAS NOW BEEN COMPLETED.

WHEREFORE, THE PLAINTIFF REQUEST THAT THIS HONORABLE COURT WITHDRAWS PLAINTIFF'S OBJECTION AND MOTION TO WITHDRAW GENERAL RELEASE AND SETTLEMENT AGREEMENT.

Respectfully submitted,

David Tuttle
DAVID TUTTLE, #0303815
WORCESTER HOUSE OF CORRECTION
5 PAUL X. TIVNAN DRIVE
WEST BOYLSTON, MA 01583

CERTIFICATION

DATED: JANUARY 16, 2019

I hereby certify that on the above date, a copy of the foregoing motion to withdraw plaintiff's objection and motion to withdraw general release and settlement agreement was mailed, first class mail, postage pre paid, to the attorney of record, Assistant Attorney General James M. Belforti, 110 Sherman Street, Hartford, CT 06105.

David Tuttle
DAVID TUTTLE, #0303815

CC: DAVID TUTTLE

Inmate Name __DAVID TUTTLE__
MSA # __0707815__
5 Paul X. Tivnan Drive
West Boylston, MA  01583



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
141 CHURCH STREET
NEW HAVEN, CT 06510

(LEGAL MAIL)

Printed on Recycled Paper

06510$2078 C110